IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:15cr117-MHT** |
| | ) | **(WO)** |
| **KHARDY WILLIAMS** | ) | |

## JUDGMENT

Upon consideration of the government's motion for leave to dismiss indictment (doc. no. 44), it is the ORDER, JUDGMENT, and DECREE of the court that the motion is granted, and that the indictment (doc. no. 1) is dismissed without prejudice in the interests of justice.

This case is closed.

DONE, this the 21st day of December, 2015.

　　　　　　　　　　　　　　　／s／ Myron H. Thompson　　
　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**